## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

THE ESTATE OF ISAIAH ESPINOZA, by )
Special Administrator, ELIZABETH TWEEDY, )
)
    Plaintiff, )
)
              v. ) Court No.:
)
THE CITY OF ROBINSON, )
)
    Defendant. )

## COMPLAINT AT LAW

Now Comes, the Plaintiff, the Estate of Isaiah Espinoza by and through the Law Offices of Robert Montgomery, and for its cause of action against the Defendant the City of Robinson, states as follows:

## STATEMENT OF JURISDICTION AND VENUE

1. This Court has jurisdiction over this cause pursuant to 28 U.S.C. Section 1332.

2. That on August 13, 2020, and at all relevant times thereafter, Isaiah Espinoza was a citizen and a resident domiciled in the State of Indiana.

3. That on August 13, 2020, and at all relevant times thereafter Defendant City of Robinson, was and currently is a municipal corporation, incorporated in this jurisdictional district.

4. Plaintiff's cause of action is a wrongful death action arising from a motor vehicle collision which occurred in Crawford County Illinois located in this jurisdictional district and venue is proper pursuant to 28 U.S.C. Section 1391.

5. Damages are in excess of $75,000.00

## COUNT I – CITY OF ROBINSON -WRONGFUL DEATH

1. On or about August 13, 2020 Isaiah Espinoza was a passenger in a motor vehicle operated by Skyler Williams in an eastbound direction on Illinois Rt. 33 East of N. Highway St in Robinson, Illinois.

2. At the time just prior to the time of the occurrence heretofore alleged, Isaiah Espinoza, was a passenger and had no control over the vehicle operated by Skyler Williams and was in the exercise of ordinary care for his own safety.

3. At the aforesaid time and place, the vehicle of Skyler Williams was being pursued by the City of Robinson, by its employees in the Robinson Police Department who were acting in the course and scope of their employment with the City of Robinson as police officers.

4. At the time and place aforesaid, the City of Robinson participated in a high-speed chase of wherein Skyler Williams ran off the roadway and struck a utility pole with such great force that Isaiah Espinoza died of his injuries.

5. At the time and place aforesaid, it was the duty of Defendant, City of Robinson, by and through its authorized agents and/or employees, to refrain from acting with an utter indifference or conscious disregard for the safety of others.

6. On or about the above date, Defendant, City of Robinson, by and through its authorized agents and/or employees, demonstrated an utter indifference and/or a conscious disregard for the safety of the occupants of the motor vehicle operated by Skyler Williams including Isaiah Espinoza in one or more of the following respects:

   a. Proceeded at speeds that created unwarranted danger to others, including Isaiah Espinoza;

    b. Initiated and continued a motor vehicle pursuit when the level of inherent danger created by the pursuit outweighed the necessity to immediately apprehend a suspect;

    c. Initiated and continued a motor vehicle pursuit when the volume of pedestrian and vehicular traffic did not reasonably warrant the pursuit;

    d. Initiated a motor vehicle pursuit in violation of The City of Robinson Police Department's policies, including but not limited to, initiating a motor vehicle pursuit when a violent felony was not suspected;

    e. Initiated a motor vehicle pursuit in violation of The City of Robinson Police Department's policies, including but not limited to, initiating a motor vehicle pursuit for a traffic violation while operating an unmarked vehicle;

    f. Continued a motor vehicle pursuit when it was clear that the pursuit created risk of harm to others on the roadway, including Isaiah Espinoza;

    g. Continued a motor vehicle pursuit when the pursued vehicle disregarded traffic signals or signs; and

    h. Operated a motor vehicle with a willful or wanton disregard for the safety of others, in violation of 625 ILCS 5/11-503.

    7. As a direct and proximate result of one or more of the foregoing reckless, willful, and wanton acts and/or omissions by Defendants, City of Robinson and the Robinson Police Department by and through its authorized agents and/or employees, Skyler Williams lost control of his motor vehicle striking a utility pole off the roadway causing the wrongful death of Isaiah Espinoza on August 13, 2020.

    8. Elizabeth Tweedy as Special Administrator of The Estate of Isaiah Espinoza brings this action pursuant to the Illinois Wrongful Death Act, 740 ILCS 180-1, *et seq.*

    9. That Plaintiff, Elizabeth Tweedy in capacity as Special Administrator of the Estate of Isaiah Espinoza, deceased, brings this cause of action to recover for the wrongful death of Isaiah Espinoza which includes loss of society, service, love affection and companionship sustained by the next-of-kin as a result of The Estate of Isaiah Espinoza's

death, funeral expenses, costs of the administration and attorney fees.

10. That The Estate of Isaiah Espinoza's heirs and next-of-kin suffered pecuniary losses and loss of society, support, compassion, affection and companionship as a result of the wrongful death of The Estate of Isaiah Espinoza.

11. On or about October 30, 2020, Elizabeth Tweedy was appointed as special administrator of the Estate of Isaiah Espinoza. See attached exhibit.

Wherefore, the Plaintiff, the Estate of Isaiah Espinoza demands judgment against Defendants, in a sum in the amount of in excess of $75,000.00, attorney fees and litigation costs.

The Plaintiff demands trial by jury.

/s/Robert A. Montgomery
Robert A. Montgomery
Attorney for Plaintiffs

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: 312-236-7700; F: 312-605-8808
E-Mail: rm@rmontlaw.com
Attorney Code: 1946129